Lynn Searle, Attorney, Law Offices of Lynn Searle, San Francisco, CA, for Defendant-Appellee William Parisi

Russell Dale Stanaland, Attorney, Stanaland & Associates, San Francisco, CA, for Defendant-appellee Edith Mazzaferri

Malcolm Leader-Picone, Barltett, Leader-picone & Young, LLP, Oakland, CA, for Defendants-Appellees Lynn Searle, William Shea, Russell Dale Stanaland, Mansueto Anthony Lenci

Before: LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

MEMORANDUM **

Ronald Spencer Mazzaferro appeals pro se from the district court's order affirming the bankruptcy court's order dismissing Mazzaferro's adversary proceeding and the district court's order denying Mazzafaerro's motion to vacate. We have jurisdiction under 28 U.S.C. §§ 158(d) and 1291. We review de novo the district court's decision on appeal from the bankruptcy court and apply the same standard of review applied by the district court. *In re AFI Holding, Inc.*, 525 F.3d 700, 702 (9th Cir. 2008). We affirm.

We lack jurisdiction over the district court's order affirming the bankruptcy court's order because Mazzaferro filed his notice of appeal more than thirty days after entry of the order. *See* Fed. R. App. P. 6(b). Mazzaferro's untimely motion to vacate filed under Fed. R. Civ. P. 60(b) did not extend the appeal period. *See* Fed. R. App. P. 4(a)(1), 6(b)(1) (notice of appeal from district court decision must be filed within 30 days; Fed. R. App. P. 4(a)(4) does not apply in appeals governed by Fed. R. App. P. 6); Fed. R. Bankr. P. 8022

(motion for rehearing must be filed within 14 days to toll appeal period); *see also Theodore v. Daglas (In re D.W.G.K. Restaurants, Inc.)*, 42 F.3d 568, 569 (9th Cir. 1994) (dismissing bankruptcy appeal because untimely motion for rehearing did not extend period to appeal district court's final order).

Though the notice of appeal was timely as to the district court's order denying Mazzaferro's motion to vacate, Mazzaferro does not address the order in his opening brief. As a result, he has waived any challenges to the order. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We review only issues which are argued specifically and distinctly in a party's opening brief.").

Mazzaferro's motion to consolidate (Docket Entry No. 28) is denied.

**AFFIRMED.**

**IN RE: Robert Franklin VAN ZANDT, Debtor.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Ronald Spencer Mazzaferro,
Plaintiff-Appellant,

v.

William Parisi; et al., Defendants-
Appellees.

No. 15-15515

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2017 *

Filed March 27, 2017

Ronald Spencer Mazzaferro, Pro Se

Lynn Searle, Attorney, Law Offices of Lynn Searle, San Francisco, CA, for Defendant-Appellee William Parisi

Russell Dale Stanaland, Attorney, Stanaland & Associates, San Francisco, CA, for Defendant-Appellee Edith Mazzaferri

Malcolm Leader-Picone, Barltett, Leader-picone & Young, LLP, Oakland, CA, for Defendants-Appellees Lynn Searle, William Shea, Russell Dale Stanaland, Mansueto Anthony Lenci

Before: LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

MEMORANDUM **

Ronald Spencer Mazzaferro appeals pro se from the district court's orders affirming the bankruptcy court's order sanctioning Mazzaferro and the district court's order denying Mazzaferro's motion to vacate. We have jurisdiction under 28 U.S.C. §§ 158(d) and 1291. We review de novo the district court's decision on appeal from the bankruptcy court and apply the same standard of review applied by the district court. *In re AFI Holding, Inc.*, 525 F.3d 700, 702 (9th Cir. 2008). We affirm.

We lack jurisdiction over the district court's order affirming the bankruptcy court's order because Mazzaferro filed his notice of appeal more than thirty days after entry of the order. *See* Fed. R. App. P. 6(b). Mazzaferro's untimely motion to vacate filed under Fed. R. Civ. P. 60(b) did not extend the appeal period. *See* Fed. R. App. P. 4(a)(1), 6(b)(1) (notice of appeal from district court decision must be filed within 30 days; Fed. R. App. P. 4(a)(4) does not apply in appeals governed by Fed. R. App. P. 6); Fed. R. Bankr. P. 8022 (motion for rehearing must be filed within 14 days to toll appeal period); *see also Theodore v. Daglas (In re D.W.G.K. Restaurants, Inc.)*, 42 F.3d 568, 569 (9th Cir. 1994) (dismissing bankruptcy appeal because untimely motion for rehearing did not extend period to appeal district court's final order).

Though the notice of appeal was timely as to the district court's order denying Mazzaferro's motion to vacate, Mazzaferro does not address the order in his opening brief. As a result, he has waived any challenges to the order. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We review only issues which are argued specifically and distinctly in a party's opening brief.").

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Accordingly, appellant's request for oral argument, set forth in his motion to consolidate, is denied.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Mazzaferro's motion to consolidate (Docket Entry No. 27) is denied.

**AFFIRMED.**

**IN RE: Robert Franklin VAN ZANDT, Debtor.**

**Ronald Spencer Mazzaferro, Plaintiff-Appellant,**

v.

**William Parisi; et al., Defendants-Appellees.**

No. 15-15526

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2017 *

Filed March 27, 2017

Ronald Spencer Mazzaferro, Pro Se

Lynn Searle, Attorney, Law Offices of Lynn Searle, San Francisco, CA, for Defendant-Appellee William Parisi

Russell Dale Stanaland, Attorney, Stanaland & Associates, San Francisco, CA, for Defendant-Appellee Edith Mazzaferri

Malcolm Leader-Picone, Barltett, Leader-picone & Young, LLP, Oakland, CA, for Defendants-Appellees Lynn Searle, William Shea, Russell Dale Stanaland, Mansueto Anthony Lenci

Before: LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

MEMORANDUM **

Ronald Spencer Mazzaferro appeals pro se from the district court's order affirming the bankruptcy court's order entering a pre-filing order against Mazzaferro and the district court's order denying Mazzafaerro's motion to vacate. We have jurisdiction under 28 U.S.C. §§ 158(d) and 1291. We review de novo the district court's decision on appeal from the bankruptcy court and apply the same standard of review applied by the district court. *In re AFI Holding, Inc.*, 525 F.3d 700, 702 (9th Cir. 2008). We affirm.

We lack jurisdiction over the district court's order affirming the bankruptcy court's order because Mazzaferro filed his notice of appeal more than thirty days after entry of the order. *See* Fed. R. App. P. 6(b). Mazzaferro's untimely motion to vacate filed under Fed. R. Civ. P. 60(b) did not extend the appeal period. *See* Fed. R. App. P. 4(a)(1), 6(b)(1) (notice of appeal from district court decision must be filed within 30 days; Fed. R. App. P. 4(a)(4) does not apply in appeals governed by Fed. R. App. P. 6); Fed. R. Bankr. P. 8022 (motion for rehearing must be filed within 14 days to toll appeal period); *see also Theodore v. Daglas (In re D.W.G.K. Restaurants, Inc.)*, 42 F.3d 568, 569 (9th Cir. 1994) (dismissing bankruptcy appeal be-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Accordingly, appellant's request for oral argument, set forth in his motion to consolidate, is denied.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.